**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**MARIO LADELL MCCLINTON**                                          **MOVANT**

**V.**                                               **NO.: 2:10CR160-SA-JMV**

**UNITED STATES OF AMERICA**                                **RESPONDENT**

## ORDER

Before the Court is Movant's motion asking the Court to allow him to submit a reply to the government's response in opposition to his § 2255 motion. Inasmuch as Movant's § 2255 motion was denied by Judgment entered on December 12, 2016, the instant motion [1184] is **DISMISSED** as moot.

**SO ORDERED** this the 16th day of December, 2016.

                                                           **/s/ Sharion Aycock**
                                                           **U.S. DISTRICT JUDGE**